UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GIBBS,<br><br>Plaintiff,<br><br>v.<br><br>BB OPCO LLC, et al.,<br><br>Defendants. | Case No.  26-cv-02736-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Gibbs v. BB OPCO LLC, et al.*, Case No. 26-cv-01623-JSC.

**IT IS SO ORDERED.**

Dated: May 20, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California